UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

BENJAMIN EIDLISZ,

                Plaintiff,

vs.

TOYOTA MOTOR CREDIT CORP..,

                Defendants.

---------------------------------------------------------------x

Case No. 1:20-cv-11002-JSR

**NOTICE OF VOLUNTARY DISMISSAL WITH DEFENDANT TOYOTA MOTOR CREDIT CORP.**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Benjamin Eidlisz and or their counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against defendant Toyota Motor Credit Corp., LLC.

DATED:  March 19, 2021              **COHEN & MIZRAHI LLP**
                                                     EDWARD Y. KROUB

                                                     EDWARD Y. KROUB

DANIEL C. COHEN
EDWARD Y. KROUB
300 Cadman Plaza West, 12th Floor
Brooklyn, NY  11201
Telephone:  929/575-4175
929/575-4195 (fax)
dan@cml.legal
edward@cml.legal

*Attorneys for Plaintiff Benjamin Eidlisz*